

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Tim Ratcleff

v.

Perfection Equipment, Inc.

08CV4084
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tim Ratcliff

| SIGNATURE | |
|---|---|
| FIRM | Law Office Robert C. Scremin |
| STREET ADDRESS | 1829 N. Milwaukee Ave |
| CITY/STATE/ZIP | Chicago, IL 60647 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6282240 | TELEPHONE NUMBER 312-730-6712 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

FILED
JUL 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT