08CV4084
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS



UNITED STATES DISTR
NORTHERN DISTRICT OF
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Robert C. Scremin

FIRM: Law Office Robert C. Scremin

STREET ADDRESS: 1829 N. Milwaukee

CITY/STATE/ZIP: Chicago, IL 60647

PHONE NUMBER: 312-730-6712    RSCREMIN@LAWYER.COM

ARDC NO. (If Member of Illinois State Bar): 6282240

[X] I am a member of the General Bar for the Northern District of Illinois.

[ ] Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

FILED
JUL 18 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Attorney's Signature _____    Date: 7-18-08

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604